FILED

JAN 11 2012

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ANTHONY BRYANT TILLMAN,<br><br>          Plaintiff - Appellant,<br><br>  v.<br><br>BOARD OF PAROLE HEARINGS,<br><br>          Defendant - Appellee. | No. 11-18032<br><br>D.C. No. 2:11-cv-01011-MCE<br>Eastern District of California,<br>Sacramento<br><br>ORDER |

Before: CANBY, SILVERMAN, and PAEZ, Circuit Judges.

A review of the record demonstrates that this court lacks jurisdiction over this appeal because the order challenged in the appeal is not final or appealable. *See Serine v. Peterson*, 989 F.2d 371, 372-73 (9th Cir. 1993) (magistrate judge's findings and recommendations not appealable; premature appeal not cured by subsequent entry of final judgment by district court). Appellant has not filed a notice of appeal from the district court's final judgment entered on January 9, 2012. Consequently, this appeal is dismissed for lack of jurisdiction.

**DISMISSED.**

MF/Pro Se