UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

FEB 13 2012

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ANTHONY BRYANT TILLMAN,<br><br>        Plaintiff - Appellant,<br><br> v.<br><br>BOARD OF PAROLE HEARINGS,<br><br>        Defendant - Appellee. | No. 11-18032<br><br>D.C. No. 2:11-cv-01011-MCE-DAD<br>U.S. District Court for Eastern California, Sacramento<br><br>**MANDATE** |

      The judgment of this Court, entered January 11, 2012, takes effect this date.

      This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

                                         FOR THE COURT:
                                         Molly C. Dwyer
                                         Clerk of Court

                                         Synitha Walker
                                         Deputy Clerk

| | FILED |
|---|---|
| UNITED STATES COURT OF APPEALS | JAN 11 2012 |
| FOR THE NINTH CIRCUIT | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| ANTHONY BRYANT TILLMAN,<br><br>　　　　Plaintiff - Appellant,<br><br>　v.<br><br>BOARD OF PAROLE HEARINGS,<br><br>　　　　Defendant - Appellee. | No. 11-18032<br><br>D.C. No. 2:11-cv-01011-MCE<br>Eastern District of California,<br>Sacramento<br><br>ORDER |

Before: CANBY, SILVERMAN, and PAEZ, Circuit Judges.

A review of the record demonstrates that this court lacks jurisdiction over this appeal because the order challenged in the appeal is not final or appealable. *See Serine v. Peterson*, 989 F.2d 371, 372-73 (9th Cir. 1993) (magistrate judge's findings and recommendations not appealable; premature appeal not cured by subsequent entry of final judgment by district court).  Appellant has not filed a notice of appeal from the district court's final judgment entered on January 9, 2012.  Consequently, this appeal is dismissed for lack of jurisdiction.

**DISMISSED.**

MF/Pro Se